DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY,

Appellant,

v.

MARISSA VORCE and JEREMIAH VORCE,

Appellees.

No. 2D2024-1362

_____

November 7, 2025

Appeal from the Circuit Court for Pasco County; Kimberly Sharpe Byrd, Judge.

Joseph A. Matera and Kimberly A. Salmon of Groelle & Salmon, P.A., Tampa; and Joseph A. Matera and Kimberly A. Salmon of Salmon & Salmon, P.A., Tampa (substituted as counsel of record), for Appellant.

Barbara Hernando and Dean Makris of Makris & Mullinax, P.A., Tampa; and Aaron S. Kling of Kling Law, P.A., St. Petersburg, for Appellees.

PER CURIAM.

Affirmed.

KELLY, BLACK, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.